Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

2025 DEC 15 PM 3:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ GSA

Omar J. Lizarraga Montero

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

ADT Security and Alarm Systems

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25cv 11840 - JFW-(KS)

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Omar Jonathan Lizarraga Montero
Street Address  150701 Sherman Way # 14312
City and County Van Nuys, Los Angeles County
State and Zip Code California    91406
Telephone Number (646) 326-4812
E-mail Address  o_lizarraga79@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name THE ADT SECURITY CORPORATION

Job or Title *(if known)* HEADQUARTERS

Street Address 1501 W YAMAMOTO RD

City and County BOCA RATON

State and Zip Code FLORIDA , 33431-4438

Telephone Number (561) 404-0338

E-mail Address *(if known)* mediac@adt.com

Defendant No. 2

Name MIKE BALL

Job or Title *(if known)* BRANCH MANAGER

Street Address 9201 OAKDALE AVE

City and County CHATSWORTH

State and Zip Code CALIFORNIA , 91311

Telephone Number (310) 930-9083

E-mail Address *(if known)* mikeball@adt.com

Defendant No. 3

Name GEORGIA TORTELLO

Job or Title *(if known)* IMMEDIATE SUPERVISOR

Street Address 9201 OAKDALE AVE

City and County CHATSWORTH

State and Zip Code CALIFORNIA , 91311

Telephone Number (818) 574-6484

E-mail Address *(if known)* gtortello@adt.com

Defendant No. 4

Name CINDY BALL

Job or Title *(if known)* PAYROLL MANAGER

Street Address 9201 OAKDALE AVE

City and County CHATSWORTH

State and Zip Code CALIFORNIA , 91311

Telephone Number (818) 574-6484

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name            ADT Security and Patrol Services

Street Address    9201 Oakdale Ave

City and County    Chatsworth

State and Zip Code    CA    91311

Telephone Number    (818) 574-6484

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

   29 C.F.R § 1630. 12 - Retaliation or Coercion

☒    Relevant state law *(specify, if known)*:

   California Labor Code Section 232 Prohibits Retaliation For Disputing Salaries

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:  RETALIATION FOR DISPUTING SALARIES

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

06/22/2023 - 06/19/2023 - 11/14/2023

C.    I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race _____
- ☐ color _____
- ☒ gender/sex    MALE
- ☐ religion _____
- ☒ national origin    MEXICAN
- ☒ age *(year of birth)*    1980    *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

PTSD, MAYOR DEPRESSION, ANXIETY MIGRAINE

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

PLEASE SEE THE STATEMENTS

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11 / 30 / 2023

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   9 / 15 / 2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_Please See The Statement_

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 /15 /2025

Signature of Plaintiff

Printed Name of Plaintiff        OMAR S. LIZARRAGA MONTERO

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____

_____

_____

_____

_____

_____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

**GABRIELA CELIS**
COMM# 2448326
Notary Public - California
Los Angeles County
My comm. Expires JUNE 8, 2027

*Place Notary Seal and/or Stamp Above*

Subscribed and sworn to (or affirmed) before me

on this **17** day of **July**, 20**23**
by          Date          Month          Year

(1) **Omar Jonathan Lizarraga Montero**

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

────────── OPTIONAL ──────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: **affidavit**

Document Date: **None**          Number of Pages: **1**

Signer(s) Other Than Named Above: **None**

©2019 National Notary Association

## Affidavit

During my time that I have been working for this company called ADT, I was constantly sexually harassed by the supervisor on duty Georgia Tortello on the basis that every time she supervised my work, she always did it in an immoral and obscene way by constantly touching her intimate parts in front of my presence as well as forcing me to rest on her back and forcing me at the same time to touch that part of the body to which I denied but said supervisor insisted with the null excuse that there was no clipboard to sign papers and that I was obliged to use her back for those perverse purposes including touching positions on the back and other parts to which I constantly reused myself and as a consequence, this brought me measures of constant reprisals such as disciplinary actions including verbal reprimands, written reprimands, suspensions, denials of promotions, removals, denial of benefits including dismissal. Based on discrimination and for the simple fact of reporting violations, I was mistreated by the supervisor named Georgia Tortello including the manager named Mike Ball by punishing me with written reprimands (write ups) for the fact of using me for health and disability reasons. And as a condition of employment, I was forced to report to work sick.

I was constantly harassed by Supervisor Georgia Tortello and Supervisor Brett Miller by constantly making surprise spy visits to me during my regular break hours. I later questioned such behavior through e-mails and then was subjected to retaliation including dismissal by those supervisors. I was constantly humiliated and punished for reporting harassment and humiliation when Assistant Supervisor April Salcido forced me to do her personal favors such as filling the tank of her mobile unit and parking it from one place to another at her request to whom I questioned her behavior at that moment.

This assistant forced me to obey orders from my coworkers as a measure of humiliation and when questioned about his behavior the only thing I got was a rude, aggressive, and arrogant attitude. This behavior was reported to the supervisor Georgia Tortello but sometime later, for retaliation and for these reasons, I received as punishment a final written reprimand accompanied by a threat of dismissal.

This company does not respect the seniority of its workers regardless of those who have served in the armed forces since newly hired and inexperienced people earn more than people with seniority, experience, and military service as is my case. In the end I did not get support from the company or recognition for my good performance, on the contrary they ended up firing me unjustifiably and without final pay.

Omar Jonathan Lizarraga Montero

Gabriela Celis Notary Public

see attached Jurat.