**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 25-11840-JFW(KSx)**                                Date:  June 8, 2026

Title:     Omar J. Lizarraga Montero -v- The ADT Security Corporation, et al.

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                      None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE**

    Plaintiff is ordered to show cause in writing on or before June 11, 2026 why this action should not be dismissed for Plaintiff's violation of the Court's Order filed May 5, 2026 regarding the preparation of the Joint Report.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.


    IT IS SO ORDERED.


Initials of Deputy Clerk __sr_